

**FILED & ENTERED**

**DEC 15 2016**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY gonzalez  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:    IVAN RENE MOORE, Debtor | Case No.:    2:16-bk-24226-ER <br> Adv. No.:    2:16-ap-01473-ER |
| IVAN RENE MOORE, <br><br> Plaintiff <br><br> v. <br><br> WELLS FARGO BANK, N.A., JERREL JONES, ERNESTINE JONES, SANDRA ROBINSON/JONES, DAVE JANZEN, HOMER BLOW, MICHELLE LUCKETT PITTS, THE NEW PITTS MORTUARY, SHERWIN HUGHES, SAMUEL TAYLOR, MAUREEN BROOKS, TONY TRUJILLO, WNOV-AM RADIO STATION, THE MILWAUKEE COURIER, THE MILWAUKEE COURIER NEWSPAPER, URBAN MARKETING, BILL STEWART, PAUL, ASBURY, OBIORA OBI, ONYX NIGHT CLUB; AND DOES 1 THROUGH 10 INCLUSIVE,, <br><br> Defendants | **ORDER DISMISSING ADVERSARY PROCEEDING AS MOOT IN VIEW OF DISMISSAL OF CHAPTER 11 PETITION** <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>[No hearing required pursuant to Federal Rule of Civil Procedure 78(b) and Local Bankruptcy Rule 9013-1(j)(3)] |

    The underlying Chapter 11 petition having been dismissed with a 180-day bar against re-filing, the Court HEREBY ORDERS that the above-captioned adversary proceeding is DISMISSED as moot.

    IT IS SO ORDERED.

###

Date: December 15, 2016

_Ernest M. Robles_
Ernest M. Robles
United States Bankruptcy Judge